ACCEPTED
03-15-00447-CV
12971611
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/29/2016 11:38:32 AM
JEFFREY D. KYLE
CLERK

# Law Office of
# Michael S. Truesdale, PLLC

Michael S. Truesdale

*Board Certified • Civil Appellate Law*
*Texas Board of Legal Specialization*

mike@truesdalelaw.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/29/2016 11:38:32 AM
JEFFREY D. KYLE
Clerk

September 29, 2016

Honorable Jeffrey Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711

> Re:  03-15-00447-CV, *Austin Capital Collision v. Barbara Pampalone*, Confirmation of intention to present oral argument

Dear Mr. Kyle:

In response to this Court's September 15, 2016 correspondence, this letter confirms my intention to present oral argument in this case on October 26, 2016 on behalf of Appellant Austin Capital Collision and Cross-Appellee Eric Hinojosa.

I request that my time for argument be divided as follows:  13 minutes for argument on behalf of Appellant, and 7 minutes for reply/response to Cross-Appellee's argument.

Respectfully submitted,

*/s/ Michael S. Truesdale*
Michael S. Truesdale
SBN 00791825
Counsel for Appellant Austin Capital Collision and
Cross-Appellee Eric Hinojosa

cc:  Nelia Robbi (via e-service)

801 West Avenue, Suite 201  Austin, Texas 78701
512.482.8671 (ofc) • 866.847.8719 (fax) • www.truesdalelaw.com